# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,  :  Case No. 3:20-po-009

 - vs -          Magistrate Judge Michael R. Merz

KENNETH M. CASUN,

      Defendant.  :

## DISMISSAL ORDER

The above-captioned petty offense case is hereby dismissed without prejudice for want of prosecution. The docket reflects that the Court has been unable to notify Defendant of court proceedings because the address provided by the United States is insufficient, according to the United States Postal Service (See Doc. No. 7).

If the United States wishes to pursue this charge, the Magistrate Judge respectfully recommends that it file a complaint and obtain issuance of alias process.

March 11, 2021.

                  s/ *Michael R. Merz*
                  United States Magistrate Judge